# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00889-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00891-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00892-ADA |
| | § | CIVIL ACTION 6:20-cv-00893-ADA |
| | § | CIVIL ACTION 6:20-cv-00916-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00917-ADA |
| | § | |
| | § | |
| HUAWEI TECHNOLOGIES CO., | § | |
| LTD. and HUAWEI | § | |
| TECHNOLOGIES USA INC., | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff hereby notifies the Court that Mark D. Siegmund of Walt Fair, PLLC, 1508 North Valley Mills, Texas 76710 makes a formal entry of appearance in the above-styled and numbered causes as counsel for Plaintiff, WSOU Investments, LLC. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

DATED:  October 8, 2020	Respectfully submitted,

By: */s/ Mark D. Siegmund*_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 8th day of October 2020.

/s/ *Mark D. Siegmund*
Mark D. Siegmund