IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00889-ADA <br> CIVIL ACTION 6:20-cv-00891-ADA <br> CIVIL ACTION 6:20-cv-00892-ADA <br> CIVIL ACTION 6:20-cv-00893-ADA <br> CIVIL ACTION 6:20-cv-00916-ADA <br> CIVIL ACTION 6:20-cv-00917-ADA |
| Plaintiff, | | |
| v. | | |
| HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC., | | PATENT CASE |
| Defendants. | | JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and Defendants Huawei Technologies Co, Ltd. and Huawei Technologies USA, Inc., hereby provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

Plaintiff's Complaints were filed on September 29, 2020 and October 2, 2020. There has been one extension of time in each case connected to waiver of service. Those extensions extended the answer deadline for each case to January 5, 2021.

## RESPONSE TO THE COMPLAINT

In each respective case, Defendants answered and counterclaimed on January 5, 2021.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

Other than cases between the same parties, there are no related cases in this judicial district.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent in each of the referenced cases. Per the Court's Standard Order Governing Proceeding, Plaintiff will serve PICs no later than 7 days before the CMC.

## APPOINTMENT OF TECHNICAL ADVISER

The parties request a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The only pre-*Markman* issue to be raised at the CMC is Defendants' request for leave to begin international discovery proceedings on foreign inventors and foreign assignees of the patents-in-suit prior to the opening of fact discovery in these cases. Plaintiff and Defendants in other cases have already worked together and agreed to a procedure for such foreign discovery granted by the Court, and will employ the same procedure in these cases.

| | |
|---|---|
| Dated: January 12, 2021 | Respectfully submitted, |
| /s/ *Jason Cook* <br> Jason W. Cook <br> Texas Bar No. 24028537 <br> Shaun W. Hassett <br> Texas Bar No. 24074372 <br> MCGUIRE WOODS LLP <br> 2000 McKinney Avenue, Suite 1400 <br> Dallas, TX 75201 <br> Telephone: (214) 932-6400 <br> jcook@mcguirewoods.com <br> shassett@mcguirewoods.com <br><br> Tyler T. VanHoutan <br> Texas Bar No. 24033290 <br> MCGUIRE WOODS LLP <br> 600 Travis St., Suite 7500 <br> Houston, TX 77002 <br> Telephone: (713) 571-9191 <br> tvanhoutan@mcguirewoods.com <br><br> J. Mark Mann <br> Texas Bar No. 12926150 <br> G. Blake Thompson <br> Texas Bar No. 24042033 <br> MANN \| TINDEL \| THOMPSON <br> 300 West Main Street <br> Henderson, Texas 75652 <br> Telephone: (903) 657-8540 <br> mark@themannfirm.com <br> blake@themannfirm.com <br><br> **COUNSEL FOR DEFENDANTS** | /s/ *Ryan Loveless* <br> James L. Etheridge <br> Texas State Bar No. 24059147 <br> Ryan S. Loveless <br> Texas State Bar No. 24036997 <br> Brett A. Mangrum <br> Texas State Bar No. 24065671 <br> Travis Lee Richins <br> Texas State Bar No. 24061296 <br> ETHERIDGE LAW GROUP, PLLC <br> 2600 E. Southlake Blvd., Suite 120 / 324 <br> Southlake, Texas 76092 <br> Telephone: (817) 470-7249 <br> Facsimile: (817) 887-5950 <br> Jim@EtheridgeLaw.com <br> Ryan@EtheridgeLaw.com <br> Brett@EtheridgeLaw.com <br> Travis@EtheridgeLaw.com <br><br> Mark D. Siegmund <br> State Bar No. 24117055 <br> mark@waltfairpllc.com <br> Law Firm of Walt, Fair PLLC. <br> 1508 North Valley Mills Drive <br> Waco, Texas 76710 <br> Telephone: (254) 772-6400 <br> Facsimile: (254) 772-6432 <br><br> **COUNSEL FOR PLAINTIFF** |