# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00889-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00891-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00892-ADA |
| | § | CIVIL ACTION 6:20-cv-00893-ADA |
| | § | CIVIL ACTION 6:20-cv-00916-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00917-ADA |
| | § | |
| | § | |
| HUAWEI TECHNOLOGIES CO., | § | |
| LTD. and HUAWEI | § | |
| TECHNOLOGIES USA INC., | § | |
| *Defendants.* | § | |

## WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF PRELIMINARY INFRINGEMENT CONTENTIONS

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings, Plaintiff hereby notifies the Court Plaintiff has disclosed its preliminary infringement contentions and other related documents on Defendants via electronic mail on February 5, 2021.

DATED:  February 8, 2021                    Respectfully submitted,

                                                            By:  */s/ Mark D. Siegmund*_____
                                                            Mark D. Siegmund
                                                            State Bar No. 24117055
                                                            mark@waltfairpllc.com
                                                            **Law Firm of Walt, Fair PLLC.**
                                                            1508 North Valley Mills Drive
                                                            Waco, Texas 76710
                                                            Telephone: (254) 772-6400
                                                            Facsimile: (254) 772-6432

                                                            *Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 8th day of February 2021.

                                                          /s/ *Mark D. Siegmund*
                                                          Mark D. Siegmund