IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC.,<br><br>Defendants. | )<br>)<br>) CIVIL ACTION No. 6:20-cv-889-ADA<br>) CIVIL ACTION No. 6:20-cv-890-ADA<br>) CIVIL ACTION No. 6:20-cv-891-ADA<br>) CIVIL ACTION No. 6:20-cv-892-ADA<br>) CIVIL ACTION No. 6:20-cv-893-ADA<br>) CIVIL ACTION No. 6:20-cv-916-ADA<br>) CIVIL ACTION No. 6:20-cv-917-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO SERVE PRELIMINARY INVALIDITY CONTENTIONS**

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc., (collectively, "Huawei") hereby move the Court to amend the Scheduling Order (*see e.g.*, Case No. 6:20-cv-889-ADA, Dkt. 29), to slightly extend the deadline for service of Huawei's preliminary invalidity contentions, and corresponding document production, from April 7, 2021, the current date set forth in the Scheduling Order, to April 12, 2021.

Plaintiff does not oppose this slight extension, and no other deadlines in the Scheduling Order will be impacted. Accordingly, Huawei respectfully requests that the Court grant the requested amendment and extension.

Dated:  March 26, 2021    Respectfully submitted,

/s/ *Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on March 26, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                */s/ Jason W. Cook*
                                                Jason W. Cook