**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a<br>BRAZOS LICENSING AND<br>DEVELOPMENT,<br><br>   *Plaintiff*,<br><br>  v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.<br>and HUAWEI TECHNOLOGIES USA<br>INC.,<br><br>   *Defendants*. | )<br>)<br>) CIVIL ACTION No. 6:20-cv-889-ADA<br>) CIVIL ACTION No. 6:20-cv-890-ADA<br>) CIVIL ACTION No. 6:20-cv-891-ADA<br>) CIVIL ACTION No. 6:20-cv-892-ADA<br>) CIVIL ACTION No. 6:20-cv-893-ADA<br>) CIVIL ACTION No. 6:20-cv-916-ADA<br>) CIVIL ACTION No. 6:20-cv-917-ADA<br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION**
**TO AMEND THE SCHEDULING ORDER**

Before the Court is Defendants' Unopposed Motion to Amend the Scheduling Order to

Extend the Deadline to Service Preliminary Invalidity Contentions.    Having considered the

Motion, the Court is of the opinion that the Motion should be **GRANTED**.

As such, the Scheduling Order in the above-referenced cases is hereby amended as follows:

| Current Deadline | Amended Deadline | Item |
|---|---|---|
| April 7, 2021 | April 12, 2021 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the |

| | | accused product(s) for the two years preceding the filing of the complaint, unless the parties agree to some other timeframe. |
| --- | --- | --- |

SIGNED this 29th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE