# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC.,<br><br>Defendants. | CIVIL ACTION No. 6:20-cv-889-ADA<br>CIVIL ACTION No. 6:20-cv-891-ADA<br>CIVIL ACTION No. 6:20-cv-892-ADA<br>CIVIL ACTION No. 6:20-cv-893-ADA<br>CIVIL ACTION No. 6:20-cv-916-ADA<br>CIVIL ACTION No. 6:20-cv-917-ADA<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc., (collectively, "Huawei") hereby move the Court to amend the Scheduling Orders for the above-referenced cases (*see e.g.*, Case No. 6:20-cv-889-ADA, Dkt. 29) to slightly extend the deadlines relating to the pre-*Markman* briefing deadlines, as follows:

| Current Deadline | Proposed Deadline | Item |
|---|---|---|
| April 16, 2021 | April 20, 2021 | Parties exchange claim terms for construction. |
| April 30, 2021 | May 4, 2021 | Parties exchange proposed claim constructions. |
| May 7, 2021 | May 11, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics |

|  |  | for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
|---|---|---|

Plaintiff does not oppose this slight extension, and no other deadlines in the Scheduling Orders will be impacted. Accordingly, Huawei respectfully requests that the Court grant the requested amendments and extensions.

Dated:  April 13, 2021

Respectfully submitted,

*/s/ Jason W. Cook*
Jason W. Cook
Texas Bar No. 24028537
Shaun W. Hassett
Texas Bar No. 24074372
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
jcook@mcguirewoods.com
shassett@mcguirewoods.com

Tyler T. VanHoutan
Texas Bar No. 24033290
**MCGUIREWOODS LLP**
600 Travis St., Suite 7500
Houston, TX 77002
Telephone: (713) 571-9191
tvanhoutan@mcguirewoods.com

J. Mark Mann
Texas Bar No. 12926150
G. Blake Thompson
Texas Bar No. 24042033
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652

Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that on April 13, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                                */s/ Jason W. Cook*
                                                Jason W. Cook