IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff*,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC.,<br><br>*Defendants*. | CIVIL ACTION No. 6:20-cv-889-ADA<br>CIVIL ACTION No. 6:20-cv-891-ADA<br>CIVIL ACTION No. 6:20-cv-892-ADA<br>CIVIL ACTION No. 6:20-cv-893-ADA<br>CIVIL ACTION No. 6:20-cv-916-ADA<br>CIVIL ACTION No. 6:20-cv-917-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO AMEND THE SCHEDULING ORDER**

Before the Court is Defendants' Unopposed Motion to Amend the Scheduling Order. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

As such, the Scheduling Order in the above-referenced cases is hereby amended as follows:

| Current Deadline | New Deadline | Item |
|---|---|---|
| April 16, 2021 | April 20, 2021 | Parties exchange claim terms for construction. |
| April 30, 2021 | May 4, 2021 | Parties exchange proposed claim constructions. |
| May 7, 2021 | May 11, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected |

|  |  | testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
|---|---|---|

SIGNED this 14th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE