# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC D/B/A** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-cv-00889-ADA** |
| **DEVELOPMENT,** | § | **CIVIL ACTION 6:20-cv-00891-ADA** |
| *Plaintiff*, | § | **CIVIL ACTION 6:20-cv-00892-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00893-ADA** |
| | § | **CIVIL ACTION 6:20-cv-00916-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-cv-00917-ADA** |
| | § | |
| | § | |
| **HUAWEI TECHNOLOGIES CO.,** | § | |
| **LTD. and HUAWEI** | § | |
| **TECHNOLOGIES USA INC.,** | § | |
| *Defendants.* | § | |

## WSOU INVESTMENTS, LLC'S NOTICE OF COMPLIANCE REGARDING EXCHANGE OF CLAIM TERMS FOR CONSTRUCTION

**TO THE HONORABLE COURT:**

Pursuant to the Court's Version 3.2 of the Court's Order Governing proceedings entered November 9, 2020, and in accordance with the Court's Scheduling Order, Plaintiff hereby notifies the Court Plaintiff has served its proposed claim terms for construction on Defendants Huawei Technologies Co., LTD and Huawei Technologies USA Inc. via electronic mail on April 20, 2021.

DATED:  April 20, 2021	Respectfully submitted,

By: /s/ Mark D. Siegmund_____
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
**Law Firm of Walt, Fair PLLC.**
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 20th day of April 2021.

/s/ *Mark D. Siegmund*
Mark D. Siegmund