# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-889-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-891-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-892-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-893-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-916-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:20-CV-917-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., ET AL. | § § § | |
| Defendants. | § § | |

## <u>DEFENDANTS' NOTICE OF COMPLIANCE</u>

Pursuant to the Court's Version 3.3 of the Court's Order Governing Proceedings and the

Court's Order Granting Defendants' Unopposed Motion to Amend the Scheduling Order entered

April 14, 2020, Defendants' hereby notify the Court that Defendants have served their proposed

claim terms for construction on Plaintiff via electronic mail on April 20, 2021.

Dated:  April 21, 2021                    Respectfully submitted,

                                          */s/ Jason W. Cook*
                                          Jason W. Cook
                                          Texas Bar No. 24028537
                                          Shaun W. Hassett
                                          Texas Bar No. 24074372
                                          **MCGUIREWOODS LLP**
                                          2000 McKinney Avenue, Suite 1400
                                          Dallas, TX 75201
                                          Telephone: (214) 932-6400
                                          Facsimile: (214) 932-6499
                                          jcook@mcguirewoods.com
                                          shasset@mcguirewoods.com

                                          Tyler T. VanHoutan
                                          Texas Bar No. 24033290
                                          **MCGUIREWOODS LLP**
                                          600 Travis St., Suite 7500
                                          Houston, TX 77002
                                          Telephone: (713) 571-9191
                                          Facsimile: (713) 571-9652
                                          tvanhoutan@mcguirewoods.com

                                          Justin R. Lowery (pro hac vice)
                                          **MCGUIREWOODS LLP**
                                          800 East Canal Street
                                          Richmond, VA 23219
                                          Telephone: (804) 775.1000
                                          Facsimile: (804) 775.1061
                                          jlowery@mcguirewoods.com

                                          Kuan-Chieh Tu
                                          Texas Bar No. 24090443
                                          **MCGUIREWOODS LLP**
                                          2 Embarcadero Center, Suite 1300
                                          San Francisco, CA 94111
                                          Telephone: (415) 490-0918
                                          Facsimile: (415) 844-1928
                                          gtu@mcguirewoods.com

                                          J. Mark Mann
                                          Texas Bar No. 12926150
                                          G. Blake Thompson
                                          Texas Bar No. 24042033
                                          **MANN | TINDEL | THOMPSON**
                                          300 West Main Street

Henderson, Texas 75652
Telephone: (903) 657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Defendants Huawei Technologies Co.,
Ltd. and Huawei Technologies USA Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify
that on April 21, 2021, all counsel of record who have appeared in this case are being served with
a copy of the foregoing via the Court's CM/ECF system

*/s/ Jason W. Cook*
Jason W. Cook