UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00889-ADA |
| | § | |
| HUAWEI TECHNOLOGIES CO., LTD.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES USA INC.,<br>HUAWEI TECHNOLOGIES CO., LTD.,<br>WSOU INVESTMENTS LLC | § | |

# ORDER RESETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION HEARING** by Zoom on **Wednesday, August 04, 2021 at 02:30 PM**.

IT IS SO ORDERED this 4th day of August, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE