IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>　　*Plaintiff*,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC.,<br>　　*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00889-ADA<br>CIVIL ACTION 6:20-cv-00891-ADA<br>CIVIL ACTION 6:20-cv-00892-ADA<br>CIVIL ACTION 6:20-cv-00893-ADA<br>CIVIL ACTION 6:20-cv-00916-ADA<br>CIVIL ACTION 6:20-cv-00917-ADA |

## ORDER

Before the Court was WSOU Investments, LLC's request for firm trial dates in the above referenced cases. After a hearing on the issue, the Court GRANTS WSOU's request and provides the following trial dates:

1. A trial date of June 27, 2022 is provided for case numbers 6-20-cv-00889 and 6-20-cv-00891.

2. A trial date of May 23, 2022 is provided for case numbers 6-20-cv-00892, 6-20-cv-00893, 6-20-cv-00916, and 6-20-cv-00917.

ORDERED this __13th__ day of __August__, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE